UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBERT BYE,

    Plaintiff,

v.

JUSTUN MUNN, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1312

HON. JANE M. BECKERING

## OPINION AND ORDER

This is a pro se action filed pursuant to 42 U.S.C. § 1983.[1] The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 17, 2025, recommending that this Court dismiss Plaintiff's claims against the sole remaining Defendant, Dave Cunningham, for lack of subject matter jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 66) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Cunningham are dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Defendant Cunningham is terminated from this case.

---

[1] The Court previously entered an Opinion and Order adopting a prior Report and Recommendation, granting summary judgment for Defendant Justun Munn, and terminating him from this case (*see* ECF No. 65).

**IT IS FURTHER ORDERED** that Plaintiff's motions to dismiss without prejudice as to Defendant Cunningham (ECF Nos. 67 & 68) are dismissed as moot.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  January 21, 2026                                   /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge